Melvin A. Hildebrand, Plaintiff-Appellee, v. Catherine Hildebrand, Defendant-Appellant.

Gen. No. 66-121.

Fifth District.

January 30, 1969.

Chapman, Strawn & Kinder, of Granite City, for appellant; Emerson Baetz, of Alton, for appellee. Opinion by PRESIDING JUSTICE GOLDENHERSH. Not to be published in full.